# EXHIBIT E



# Compressed Transcript of the Testimony of
# JOE WENSLAUSKIS, 12/8/10

**Case:** Anderson v. AFNI, Inc.

Summit Court Reporting, Inc.
Phone: 215.985.2400
Fax: 215.985.2420
Email: depo@summitreporting.com
Internet: www.summitreporting.com

**Anderson v. AFNI, Inc.**                    **JOE WENSLAUSKIS, 12/8/10**

Page 5

1      Q.    All right.  I also want to make sure you

2    know we actually didn't notice the deposition that

3    said for Mr. Wenslauskis.  We noticed a deposition

4    that said we wanted a corporate representative

5    from Afni, who among other things was familiar

6    with the automated dialing system that Afni uses

7    to call consumers.  So I want you to know your

8    testimony today will be binding on the company and

9    it won't just be from Mr. Wenslauskis.  Do you

10   understand that as well?

11     A.    Sure.

12     Q.    Have you ever been deposed before?

13     A.    No, I have not.

14     Q.    Have you ever testified at trial before?

15     A.    Nope.

16     Q.    Okay.  Before your testimony today, did

17   you have an opportunity to review any materials?

18   And before you answer that, I want to make sure

19   that you know I don't want to know what you and

20   Mr. Perr talked about or if you had conversations

21   with other in-house counsel.  I just want to know

22   if you spoke to anybody about your testimony today

23   before we had an opportunity to take this

24   deposition?

**Anderson v. AFNI, Inc.**                    **JOE WENSLAUSKIS, 12/8/10**

Page 13

1    telephone calls, I have no idea what that means.

2    Can you please explain?

3        A.    You can use the traditional phone lines,

4    which is like your trunk groups, the phone like

5    we're on here today, and that's a standard phone

6    call like you would have out of your house.  Or if

7    you go the voice-over IP/Internet type route, it's

8    more of a data type, it converts the voice into

9    data, then expands it again to the voice when it

10   reaches its destination.  So it's just different

11   channel to communicate.  Does that --

12       Q.    But Livevox -- go ahead?

13       A.    I was just asking if that helped.

14       Q.    No, no, I appreciate that.  And Livevox

15   uses the VO/IP or does it use traditional

16   telephone communication?

17       A.    SoundBite is the traditional form of

18   communication where it uses the actual phone line.

19   Livevox is more of the voice-over

20   IP/Internet-based communication tool.

21       Q.    Do you have any idea the amount of

22   volume that these two processes, the amount of

23   volume of calls they make in the period of a day?

24       A.    For Afni specific?

Page 14

1       Q.     Yeah.   Just for Afni.

2       A.     Typically we probably make in the

3   neighborhood of nine hundred thousand to a million

4   attempts per day.

5       Q.     And that's between these two vendors?

6       A.     Split between the two vendors, correct.

7       Q.     Okay.   Pretty equally, like a 50/50?

8       A.     No.   I'd say more than 90 percent of it

9   goes to the SoundBite.

10      Q.     Okay.   And where is SoundBites located?

11      A.     Boston.

12      Q.     And essentially it does the same type of

13  thing?  It originates telephone calls, only it

14  uses that over the actual phone lines?

15      A.     Pretty much, yes.

16      Q.     Okay.  And now do these two vendors, do

17  they provide an interface to your collectors?

18  What I mean by interface is perhaps a computer

19  program or something of that nature?

20      A.     There is a web interface that's

21  available for the collectors.  It's more prevalent

22  in the Livevox system with how we use that tool,

23  versus the SoundBite tool.

24      Q.     Do these two individual vendors, do they

**Anderson v. AFNI, Inc.**                    **JOE WENSLAUSKIS, 12/8/10**

Page 16

1   utilize and make the calls from.

2       Q.    Okay.  Do you have any idea where those

3   data centers are located for Livevox?

4       A.    I believe one of the data centers is in

5   San Francisco.  And I'm uncertain where the other

6   ones are located.  I know SoundBite has six data

7   centers throughout the United States and a couple

8   overseas, but I'm not sure where they're located

9   as well.  By data center, it's very similar to

10  what you use for your local Internet; when you

11  connect to the Internet it's the same type of

12  concept.  They have a big warehouse and data

13  center that can handle that type of volumes.

14      Q.    So, by and large it's not populated by a

15  room full of collectors?

16      A.    Nope.  It's strictly hardware.

17      Q.    As far as you know, how is information

18  fed to either Livevox or SoundBite?  When I mean

19  information, I mean information about the consumer

20  that is to be called by Afni?

21      A.    We send a daily file to each of the

22  vendors via a secure file transfer process, and it

23  is loaded into their systems at that time.

24      Q.    If you don't mind me asking, where do

Anderson v. AFNI, Inc.                    JOE WENSLAUSKIS, 12/8/10

Page 20

1      A.      Well, the one pretty solid criteria that

2   we have is if we reach a live person or play an

3   answering machine message it's done.   For the

4   others, for the retries, that's based on decisions

5   made by the strategy team, and I just pretty much

6   put in force what they decide as the best strategy

7   for the business.

8      Q.      Okay.   So you're not involved in

9   determining whether a new file should be called

10  more frequently than an old file etc., etc.?

11     A.      No, I can make recommendations based on

12  what I see, but that's basically up to the

13  strategy team.

14     Q.      Okay.   Can you kind of give me an idea

15  of what happened if say I have a lot of student

16  loans and I default on my student loans and I get

17  sold into collections and Afni buys my account.

18  Can you tell me what I would experience if I were

19  to receive a telephone call from Afni from either

20  one of these Livevox or SoundBite vendors?

21     A.      From the customer experience?  Sure.   If

22  we were making an outbound call using the

23  SoundBite product, again it's a text to speech

24  type product.   So when we make the call we would

Page 21

1   announce that we are Afni calling and we would

2   also input the name on the account.  So we would

3   say who we are, and we are calling for X person.

4   You then have a series of options we would give

5   you.  If we reached you correctly, press one.  If

6   you needed to put the customer on hold to, if you

7   need to put us on hold to go reach this person,

8   press two.  If you just like to take a message at

9   this time, three.  Or if we reached you

10  incorrectly, if we got the wrong phone number,

11  press four.

12          And based on your selection there's a

13  series of other things that happen.  If you press

14  one it's the right person, we would then bridge

15  you with an agent where you can talk to an agent

16  here at our facility.  If you chose four, nope,

17  you got the wrong person, we're sorry for the

18  inconvenience, we will have your number removed

19  from the system.  And then at that point we would

20  have that taken out.  So that's basically the

21  experience that you would see.

22      Q.   Okay.  So when you say that there is an

23  announcement that this is Afni, etc., etc., is

24  that a prerecorded message?

Page 22

1      A.    Yeah, it's prerecorded with what they

2  call text-to-speech technology, so at certain

3  points within the recording we would, hi, this is

4  Afni with a phone call for, then we would actually

5  say your name.  We're calling regarding X, you

6  know.  We would input specific day to your

7  particular account throughout the call.

8      Q.    Okay.  So when you say text to speech,

9  my experience as a consumer would be perhaps a

10  robot voice or are you saying that an actual

11  person prerecords their voice and inputs it on to

12  the answering machine or the call being put out to

13  the consumer?

14      A.    It's a lot different than what you would

15  think of in terms of the robot voice.  What the

16  vendors have done is, what SoundBite has done, I'm

17  not sure if Livevox has done the same thing, but

18  to prevent that robot sounding voice, I think they

19  recorded a million possible name combinations.  So

20  Smith is very common.  So Smith would be recorded.

21  Or Joe would be recorded.  So they had a person

22  actually go through and record all those names

23  live.  And as well as phone numbers, because we

24  also recite phone numbers in this speech.

Page 23

1        So, instead of the robot where it says

2   one eight zero zero, it will actually say 1-800,

3   it sounds more realistic there in the approach.

4   So in a sense they are preread and recorded, but

5   by the vendor, not by us.

6        Q.    Thank you.  I appreciate the

7   distinction.  Me as a consumer, would I be able to

8   tell it's prerecorded, or is it so similar to

9   human speech pattern that I would think it's a

10  real person?

11       A.    In my opinion I think it sounds more and

12  more like the real person than it ever has.  I

13  don't think it sounds very robotic.  It even

14  pronounces my name, which is surprising.

15       Q.    That's better than I can do.

16       A.    So, it's pretty good technology now.

17  It's come a long way.  I think five years ago it

18  would have sounded just like a robot, but it's

19  much better now.

20       Q.    So, once I get this phone call and I get

21  the options, let's say I do press one, you say

22  you're calling for Erin Novak because I owe a

23  debt, what happens after that?

24       A.    Well, when you press one, we would then

**Anderson v. AFNI, Inc.**                              **JOE WENSLAUSKIS, 12/8/10**

Page 24

1    bridge you with a collector here at Afni.  We

2    would then connect you with a live person.

3         Q.    Okay.  Is there a down time?  Is there a

4    waiting period until it reroutes you to a specific

5    collector?

6         A.    No.  We try not to put any of the

7    outbound calls on hold.  And how we manage that is

8    with our inbound queues, when an outbound call is

9    presented to an agent here at Afni, it comes

10   through the inbound queue.  So, any agent within

11   our facility in that group that's scheduled to

12   answer the call can get the call.  Whoever is

13   available first gets it, and then it pops up on

14   their desktop that they have you on the line.

15             So, it's not like there's four or five

16   calls being made and hopes that we get one, and it

17   goes to an agent, and if there's three, they get

18   put on hold.  We try not to put anybody on hold

19   there.

20        Q.    So, am I to understand from that

21   statement that there's no specific collector

22   sitting in an Afni facility with the intent to

23   call Tara Anderson or Erin Novak or anyone?  They

24   just pick up a call from a queue that's routed to

Page 25

1    them by one of your two vendors?

2        A.    Right.  Agent X isn't sitting there

3    saying I would like to call Tara.  Agent X will

4    receive a call from a Tara or whomever we dial

5    based on the outbound events that are occurring in

6    the background.

7        Q.    And all the telephone calls that are

8    picked up by a consumer, there will be some sort

9    of automated message at some point once they pick

10   up the telephone call, correct?

11       A.    Yes.

12       Q.    And I'm sorry, what I mean by automated

13   is the prerecorded, pretty life-like voice message

14   that we just spoke about?

15       A.    Right.

16       Q.    And all messages that are going to go to

17   any answering machine are also prerecorded as

18   well, right?

19       A.    Yes.

20       Q.    And that would be -- is a voice mail

21   message or an answering machine message left every

22   time there is a nonanswered telephone call placed

23   by one of your two vendors?

24       A.    No.

**Anderson v. AFNI, Inc.**                                    **JOE WENSLAUSKIS, 12/8/10**

Page  27

1    we want to play or not play an answering machine

2    with this particular client or this particular

3    group of calls.  And I just basically put it in

4    the system as the strategy team dictates.

5        Q.    But certainly the program has the

6    capacity or the ability to leave an automated

7    message every time a call is initiated by one of

8    your two vendors on behalf of Afni, correct?

9        A.    It has the ability to play a message

10   every time it detects a machine unless the machine

11   mailbox is full or something along those lines.

12   But for the most part you can play a message with

13   every answering machine you get.

14       Q.    But I guess my question was, that

15   there's the capacity every time the call is

16   initiated so prior to the call being answered or

17   prior to the call going to an answering machine,

18   your two vendors have the ability to leave an

19   automated message for the consumer, correct?

20       A.    Yeah, that's predetermined before the

21   campaign is launched.  You either play messages or

22   don't play messages.  It's not specific to one

23   account or the other.  It's specific to the whole

24   group of accounts being dialed.  Either we play a

Anderson v. AFNI, Inc.                          JOE WENSLAUSKIS, 12/8/10

Page 28

1    message for all of them or none of them.  They all

2    follow the same set of parameters.

3        Q.    Okay.  And Afni's records, how do they

4    go about memorializing the different types of

5    calls that are received by consumers?  I mean, do

6    they memorialize if the consumer actually spoke to

7    a live consultant, or if they were left a message,

8    or if there was a busy, or if it was unanswered,

9    just is there a way in which Afni has records

10   sitting back which of those instances happened?

11       A.    Yeah.  We have records of all the calls

12   which are available to us in the data base from

13   each of the vendors.  And we also compile a return

14   file with all of the hourly results of our

15   outbound activity that we load into our host

16   system.

17       Q.    Okay.  So there's something called a

18   return file, and then there's also information

19   collected from your two vendors, SoundBite and

20   Livevox?

21       A.    Right.

22       Q.    And is the return file a conglomeration

23   of both of your vendors?

24       A.    No, they're individual files.

Page 62

1    correct?

2        A.    Right.

3        Q.    Okay.  And no matter how that call was

4    placed, at some point in that message there was a

5    prerecorded life-like automated message delivered

6    to the person on the other end, correct?

7        A.    Not in every instance, no.

8            MR. PERR: Objection to the question, not

9    necessarily any foundation, just anybody on the

10   other end.

11       Q.    Okay.  So, Exhibit 1 shows that 45

12   telephone calls were placed by Afni to Tara

13   Anderson's telephone number, which I will

14   represent to you is listed on the top of the page

15   and ends in 2345 through one of its vendors,

16   correct?  There appears to be 45 telephone calls

17   placed by Afni here?

18       A.    That I'm not sure.  It says 76 on mine,

19   but that includes the never tries.

20       Q.    Okay.  Well, okay.  So each of these 40

21   -- take my representation that there is 45, I have

22   had the time and opportunity to call, in addition

23   to those are the never trieds.  Why don't you

24   eliminate the never trieds from the report?

Anderson v. AFNI, Inc.                                JOE WENSLAUSKIS, 12/8/10

Page 63

1       A.      We can, if that's what was requested, I

2    just put every instance that it shows up in the

3    file.

4       Q.      Okay.

5       A.      No particular -- we can add them or

6    remove them.

7       Q.      So, you don't eliminate never trieds

8    from this list?

9       A.      From this report, no.  I just include

10   every instance.  And let whoever receives the

11   report make the determination of what information

12   they're looking for.

13      Q.      Okay.  I don't mean to be rude, but

14   would you be at all opposed if I could take a

15   brief bathroom break.

16           (A break was taken at 11:19 a.m.)

17              (The time is 11:36 a.m.)

18              FURTHER EXAMINATION BY

19                 MS. NOVAK:

20      Q.      Mr. Wenslauskis, I just want to turn

21   your attention back to Wenslauskis 1, the exhibit

22   that we marked for your deposition.  Can you agree

23   with me that at the very top of the page it says

24   76 attempts found?

Page 73

1   automated voice, correct?

2       A.    Yeah, it would have been prerecorded

3   with the text speech and all that kind of stuff.

4   They would have heard hello, this is Afni calling

5   for X.  But in terms of what their attendant

6   choices would have been, I don't know what they

7   would have done in the call.

8       Q.    Okay.  I appreciate that.  So, how many

9   delivered person telephone calls are on this

10  exhibit?

11      A.    I counted 18.

12      Q.    Okay.  So, on at least 18 instances

13  somebody picked up at this telephone number and

14  what they would have heard was a prerecorded

15  automated voice?

16      A.    Yeah, they would have heard the start of

17  a prerecorded message.

18      Q.    Okay.  So each of the 45 calls on

19  Exhibit A that we've -- or sorry, Exhibit 1 that

20  we've identified as calls that were tried, if

21  someone were to have answered that telephone call

22  they would have received that same automated

23  message, correct?

24      A.    So you're saying if a live person would

Page 74

1    have picked up on one of the dispositions that

2    says answer machine, would they have gotten a

3    message?

4         Q.    Well, in the classification that there

5    are 76 attempts, there are 45 tries, or 45

6    campaigns wherein it's not a never tried, if the

7    telephone would have been answered, the person

8    picking it up would have heard a prerecorded voice

9    or prerecorded automated message for those 45

10   tries, correct?

11        A.    So basically what you are saying in the

12   event of, rather an answering machine, a live

13   person picked up and said hello, would they have

14   heard a message, is that right?

15        Q.    Correct.

16        A.    Yeah, then they would have heard the

17   start of our entry or message.

18        Q.    And all 45 of these calls, just to be

19   clear, were ordered by Afni?  They weren't ordered

20   by any other individual or any other corporation,

21   correct?

22        A.    Yes, we made the calls.

23        Q.    Okay.  So we've talked about a never

24   tried, we have spoken about machine hang-up.  Do

Page 76

1        A.      Any codes on this particular report?  Or

2    in general?

3        Q.      Well, first of all on this particular

4    report for 2345 or in general in the world of auto

5    dialers for Afni.

6        A.      Well, we -- there's duplicate on this

7    report.  And duplicate means that that account or

8    phone number came up twice in the same list.  So,

9    it was removed from dialing.  There's a potential

10   to get no answer.  The phone rings X number of

11   times and it determines it's a no answer.  There

12   is a potential for a busy.  There's a potential

13   for a three tone if the number is bad.  There's

14   quite a long list of results.

15       Q.      Okay.  But, within the universe of this

16   particular report from SoundBite, we just have

17   never tried, machine hang-up, and delivered

18   person, in addition to the duplicate?

19       A.      That looks to be about right.

20       Q.      Okay.  So let me kind of make sure I

21   have exactly what is going on with Wenslauskis

22   Exhibit 1.  It looks like there is 76 attempts on

23   this report, is that correct?

24       A.      76 instances of the account showing up

**Anderson v. AFNI, Inc.**                              **JOE WENSLAUSKIS, 12/8/10**

Page 77

1    in the files.

2         Q.    But, it's indicated as 76 attempts on

3    the top of Wenslauskis No. 1?

4         A.    Yeah, that's what it says at the top.

5         Q.    Okay.  And of those 76 attempts, there

6    were 45 tries, or as I've described before, 45

7    instances where the campaign indicates something

8    other than quote, unquote "never tried", correct?

9         A.    Correct.

10        Q.    And these are 45 tries where Afni would

11   have been able to deliver a prerecorded automated

12   message had the person actually picked up the

13   telephone, correct?

14        A.    Had a live person picked up the phone,

15   they would have had the ability to get a message,

16   right.

17        Q.    Okay.  And these are calls by Afni,

18   these 45 tries are actual calls?

19        A.    They're actual calls, correct.

20        Q.    And there's at least 18 attempts or 18

21   campaigns on this Wenslauskis Exhibit 1 where Afni

22   actually had a pick up or an individual at this

23   extension or this telephone number, 412█████2345

24   actually picked up and was in contact with the

**Anderson v. AFNI, Inc.**                    **JOE WENSLAUSKIS, 12/8/10**

Page 78

1    prerecorded automated message, correct?

2         A.      That delivered person, yeah.  We don't

3    know to what extent they listened to the message,

4    but they got some portion of the message.  Where

5    they would have gone, etc. -- yeah, just for

6    clarification purposes. They picked up the phone,

7    they would have heard a message, for example a lot

8    of these are sub ten seconds, so they would have

9    heard hi, this is Afni calling for, and it more

10   than likely would have been a hang-up instead of

11   choosing option one, two, three or four.

12           So I don't -- this report doesn't give

13   us the level of detail to say at what point did

14   they hang-up or at what point did they make a

15   choice.  So we don't know that they got 50 percent

16   of the message, the whole message, a portion of

17   the message.  I can't say for certain that they

18   got the full message or they even knew that,

19   listened to it to the point where we were saying

20   what we were asking for.

21           So, I don't want you to think that the

22   whole message is delivered, that we played,

23   executed it, the whole thing is done.

24      Q.    Okay.  But we can agree that of all 18

Anderson v. AFNI, Inc.                    JOE WENSLAUSKIS, 12/8/10

Page 79

1   of these campaigns indicated as delivered, at

2   least some portion of the prerecorded automated

3   message was played, correct?

4        A.    It would have kicked off and started,

5   correct.

6        Q.    I just want to rewind one quick thing,

7   we're almost done.  I just wanted to discuss, I

8   had a chance to review my notes, just to confirm,

9   there's two vendors that Afni uses for its dialing

10  and account purposes named Livevox and SoundBite,

11  correct?

12       A.    Correct.  Yes.

13       Q.    Are there any other vendors that are

14  used for dialing purposes or account recovery

15  purposes?

16       A.    No.  Just SoundBite and Livevox.

17       Q.    Does Afni have any of its own call

18  initiating programs where it would not use

19  Livevox, it would not use SoundBite, but it would

20  initiate a call on its own accord?

21       A.    Randomly call a number, no.

22       Q.    So, collectors don't randomly call

23  numbers using their actual fingertips?

24       A.    Oh, collector-initiated calling, yes.